81,153-02

To: Abel Acosta

RE: Status of cause No. WR-81,153-02

This letter is inregard to the status of cause No. WR-81,153-02. I have not known the status of this cause no. since Oct 7, 2014 I was only then notified that the court received supplemental records, which was the last notice I've received.

I am asking for a docket sheet in cause No WR-81,153-02 be mailed to me, as well as any information available in this cause no. as of Jan 2015.

Respectfully,

Daniel Harris 1703440
264 FM 3478
Estelle unit
Huntsville, TX 77320

RECEIVED IN
COURT OF CRIMINAL APPEALS

JAN 23 2015

Abel Acosta, Clerk